IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:11CR169 |
| vs. | : | U. S. Magistrate Judge Sharon L. Ovington |
| PAMELA IVEY, | : | |
| Defendant. | | |

**ENTRY PLACING DEFENDANT
ON PREJUDGMENT PROBATION**

Upon Motion of Defendant Ivey, and for good cause shown, Defendant Ivey is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant Ivey has not been convicted of violating a federal or state law relating to controlled substances, nor has she been previously subject to disposition under this section.

The Court places Defendant Ivey on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including Special Condition that Defendant Ivey: (1) participate in a substance abuse evaluation and complete any additional treatment as recommended by the probation officer during the period of supervision. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Ivey's completion of the probationary period.

January 6, 2012

                                                s/Sharon L. Ovington
                                                Sharon L. Ovington
                                            United States Magistrate Judge